UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


VINCENT DEPASQUALE,

        Plaintiff,                        3:07-CV-0107-BES (VPC)

vs.                                      **MINUTES OF THE COURT**

N.D.O.C., *et al.*,                    Date:  August 27, 2007

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Plaintiff filed an affidavit of amending and motion for enlargement of time to file a 42 U.S.C. § 1983 claim (#20).  Plaintiff apparently wishes to amend counts IV and V of his first amended complaint and to add several new defendants.  Defendants filed a notice of limited opposition to plaintiff's motion for leave to file an amended complaint and a motion for screening (#24/25).  Defendants' only opposition to plaintiff's motion is that plaintiff be required to file a complete second amended complaint, which is complete in itself without reference to the superseding complaint pursuant to Local Rule 15-1.

     **IT IS ORDERED** that plaintiff's motion to amend complaint and for an enlargement of time to file a 42 U.S.C. § 1983 claim (#20) is **GRANTED**.  The Clerk shall send to plaintiff a blank form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983.  Pursuant to Local Rule 15-1, plaintiff shall file the second amended complaint so that it will be complete in itself without reference to the first amended complaint.  Plaintiff shall have to and including **Friday, September 21, 2007** to file his second amended complaint.

**IT IS FURTHER ORDERED** that defendants' motions for screening (#24) and for enlargement of time to respond to amended complaint (#22) are **GRANTED**. Plaintiff's second amended complaint shall be properly screened pursuant to 28 U.S.C. § 1915. After the amended complaint has been screened, the Office of the Attorney General will be ordered to advise the court whether it can accept service of process for any newly named defendants and will be given a date by which to file a responsive pleading.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                              By:   /s/
                                     Deputy Clerk