1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9    VINCENT W. DEPASQUALE,                  )
                                             )
10                      Plaintiff,           )          3:07-cv-00107-LRH-VPC
                                             )
11   v.                                      )
                                             )          O R D E R
12   NEVADA DEPARTMENT OF                    )
     CORRECTIONS, et al.,                    )
13                                           )
                        Defendants.          )
14   _____ )

15          Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#66[1]) entered on April 30, 2009, recommending denying Plaintiff's Motion for a Temporary

17   Restraining Order and/or Preliminary Injunction (#38) filed on September 18, 2008, and denying as

18   moot Plaintiff's Motion to Dispense with the Requirement of Security (#39) filed on September 18,

19   2008.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (#67) on

20   May 18, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of

21   the United States District Court for the District of Nevada.

22          The Court has conducted its *de novo* review in this case, has fully considered the objections

23   of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

24   pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

25   _____

26          [1]Refers to court's docket number.

1  Judge's Report and Recommendation (#66) entered on April 30, 2009, should be adopted and

2  accepted.

3          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

4  (#66) entered on April 30, 2009, is adopted and accepted, and Plaintiff's Motion for a Temporary

5  Restraining Order and/or Preliminary Injunction (#38) is DENIED and Plaintiff's Motion to Dispense

6  with the Requirement of Security (#39) is DENIED as moot.

7          IT IS SO ORDERED.

8          DATED this 10th day of September, 2009.

9

10                                             _____

11                                             LARRY R. HICKS

12                                             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                    2