UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| VINCENT W. DEPASQUALE, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00107-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#65[1]) entered on April 30, 2009, recommending granting Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#54) filed on January 8, 2009.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (#67) on May 18, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#65) entered on April 30, 2009, should be adopted and

---

[1]Refers to court's docket number.

1 accepted.

2     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#65) entered on April 30, 2009, is adopted and accepted, and Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#54) is GRANTED as to all counts.

    The Clerk of the Court shall enter judgment accordingly.

    IT IS SO ORDERED.

    DATED this 10th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2