AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

VINCENT W. DEPASQUALE,

      Petitioner,              JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:07-CV-00107-LRH-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED that the Magistrate Judge's Report and Recommendation [65] entered on April 30, 2009, is adopted and accepted, and Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [54] is GRANTED as to all counts.

 September 10, 2009                            **LANCE S. WILSON**
                                                                 Clerk

                                                      /s/ M. Campbell
                                                         Deputy Clerk